IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT WEST**  **PLAINTIFF**

v.   CASE NO. 4:11CV00746 BSM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**  **DEFENDANT**

## ORDER

Upon the parties' joint motion [Doc. No. 8], this case is dismissed with prejudice. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 26th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE