IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT WEST**                                                                                                 **PLAINTIFF**

**v.**                                         **CASE NO. 4:11CV00746 BSM**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice.

Dated this 26th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE